## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. _____ |
| v. | 21 U.S.C. §§ 846, 843(b), 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii) (Conspiracy to Use a Communication Facility In Causing Narcotics Violation) |
| Amer JAMMAL, also known as "Mr. Tickles," "Smiles," and "Egg," | |
| Defendant. | 21 U.S.C. §§ 853 and 970 (Criminal Forfeiture) |

## INFORMATION

The United States of America, by and through the Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice, charges that:

## COUNT ONE

Beginning at least in or around June 2019, and continuing thereafter, up to and including at least March 2021, within the countries of Canada, Mexico, the United States, and elsewhere, the Defendant, **AMER JAMMAL, also known as "Mr. Tickles," "Smiles," and "Egg,"** did knowingly and intentionally conspire with others, known and unknown, to use a communication facility to commit, and cause and facilitate the commission of, acts constituting the knowing and intentional distribution of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 843(b), 841(a)(1),

841(b)(1)(A)(ii), and 841(b)(1)(A)(viii), all in violation of Title 21, United States Code, Section 846.

(Conspiracy to Use a Communications Facility In Causing Narcotics Violation, in violation of Title 21, United States Code, Sections 846, 843(b), 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii))

## FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendant that upon his conviction on Count One, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as a result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, pursuant to Title 21, United States Code, Sections 853 and 970)

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice


By: _____
D. HUNTER SMITH
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530